# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA et al.,**

   Plaintiffs,

  v.                                            Case No. 17-CV-1728

**TECUMSEH PRODUCTS COMPANY et al.,**

   Defendants.

## ORDER

On March 22, 2018, the plaintiff filed an unopposed motion for entry of a consent decree. (Docket # 18.) Upon review of the proposed settlement agreement, and in light of the parties joint request, I will grant the motion. The decree will be docketed separately along with the notice.

Because the decree requests that I retain jurisdiction over this matter, I will only administratively close the case at this time. If no party invokes the Court's jurisdiction in the next one (1) year, the case will at that time stand dismissed with prejudice.

**THEREFORE, IT IS ORDERED** that the parties' joint motion for entry of a consent decree (Docket # 18) be **GRANTED**

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction of this matter to enforce the consent decree for a period of one (1) year from the date on which the consent decree is entered, provided that if, at the end of the one (1) year period any disputes under the consent decree remain, unsolved, then, upon written notice to the Court, the term of the

consent decree will be extended automatically ( and I will retain jurisdiction in this matter to enforce the consent decree) until such time as all such disputes have been resolved; and

**IT IS FURTHER ORDERED** that this action be **ADMINISTRATIVELY CLOSED**.

Dated at Milwaukee, Wisconsin, this 19th day of April, 2018.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge